# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL RAY THOMAS,** Petitioner, | **2:18-CV-13829-TGB** |
| vs. | **JUDGMENT** |
| **GARY MINIARD.,** Respondent. | |

In accordance with the Opinion and Order issued on this date; It is **ORDERED AND ADJUDGED** that this case is **DISMISSED.**

Dated at Detroit, Michigan: April 21, 2022

                                      KINIKIA ESSEX
                                      CLERK OF THE COURT

                                      s/A. Chubb
                                      Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE